# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159002(70)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ROBERT F. BROZ and KIMBERLY BROZ,
    Plaintiffs-Appellants,

v

PLANTE & MORAN, PLLC,
    Defendant-Appellee.

SC: 159002
COA: 340381
Otsego CC: 12-014346-NM

_____/

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before March 5, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2019



Clerk